Form order – ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  14–35174–ABA
Chapter:  13
Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Ortiz
   PO Box 903
   Sicklerville, NJ 08081

Social Security No.:
   xxx–xx–0862

Employer's Tax I.D. No.:

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

     Please be advised that on January 9, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 68 – 67
Order Granting Application for Extension of Loss Mitigation (Related Doc # 67). Loss Mitigation Period Extended to: 4/3/17. Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 1/9/2017. (bc)

     Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: January 9, 2017
JAN: bc

                                                   Jeanne Naughton
                                                   Clerk

United States Bankruptcy Court
District of New Jersey

```
In re:                                                          Case No. 14-35174-ABA
Lisa M Ortiz                                                    Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin          Page 1 of 1          Date Rcvd: Jan 09, 2017
                              Form ID: orderntc     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 11, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
lm              E-mail/Text: camanagement@mtb.com Jan 09 2017 23:06:21     M&T Bank,   PO Box 840,
                Buffalo, NY  14240
                                                                           TOTAL: 1
```

```
           ***** BYPASSED RECIPIENTS *****
NONE.                                                                       TOTAL: 0
```

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 11, 2017                              Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 9, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa     on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John P. Amenhauser    on behalf of Debtor Lisa M Ortiz mylawyer7@aol.com,  ecf@seymourlaw.net
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Seymour  Wasserstrum    on behalf of Debtor Lisa M Ortiz mylawyer7@aol.com,  ecf@seymourlaw.net
          Seymour  Wasserstrum    on behalf of Loss Mitigation   M&T Bank mylawyer7@aol.com,
           ecf@seymourlaw.net
                                                                          TOTAL: 8
```