**Last revised 8/1/15**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

In Re:    Case No.: _____14-35174_____

Lisa M Ortiz    Judge: _____ABA_____

Chapter: 13

Debtor(s)

## Chapter 13 Plan and Motions

☐ Original            ☒ Modified/Notice Required              ☒ Discharge Sought

☐ Motions Included    ☐ Modified/No Notice Required           ☐ No Discharge Sought

Date: _____4/11/2017_____

THE DEBTOR HAS FILED FOR RELIEF UNDER
CHAPTER 13 OF THE BANKRUPTCY CODE

**YOUR RIGHTS WILL BE AFFECTED**

You should have received from the court a separate *Notice of the Hearing on Confirmation of Plan*, which contains the date of the confirmation hearing on the Plan proposed by the Debtor.  This document is the actual Plan proposed by the Debtor to adjust debts. You should read these papers carefully and discuss them with your attorney.  Anyone who wishes to oppose any provision of this Plan or any motion included in it must file a written objection within the time frame stated in the Notice.  **This Plan may be confirmed and become binding, and included motions may be granted without further notice or hearing, unless written objection is filed before the deadline stated in the Notice.**

**YOU SHOULD FILE A PROOF OF CLAIM BY THE DEADLINE STATED
IN THE NOTICE TO RECEIVE DISTRIBUTIONS UNDER ANY PLAN
THAT MAY BE CONFIRMED, EVEN IF THE PLAN REFERS TO YOUR CLAIM**

| **Part 1:    Payment and Length of Plan** |
|---|
| a.  The debtor shall pay $ _____160.00_____ per _____month_____ to the Chapter 13 Trustee, starting on _____May 1, 2017_____ for approximately _____32_____ months.<br><br>b.  The debtor shall make plan payments to the Trustee from the following sources:<br><br>  ☒    Future earnings<br><br>  ☐    Other sources of funding (describe source, amount and date when funds are available): |

1

c. Use of real property to satisfy plan obligations:

☐ Sale of real property
Description:

Proposed date for completion: _____

☐ Refinance of real property:
Description:
Proposed date for completion: _____

☐ Loan modification with respect to mortgage encumbering property:
Description:
Proposed date for completion: _____

d. ☐ The regular monthly mortgage payment will continue pending the sale, refinance or loan modification.

e. ☐ Other information that may be important relating to the payment and length of plan:

**Part 2:    Adequate Protection**

a. Adequate protection payments will be made in the amount of $ _____ to be paid to the Chapter 13 Trustee and disbursed pre-confirmation to _____ (creditor).

b. Adequate protection payments will be made in the amount of $ _____ to be paid directly by the debtor(s) outside the Plan, pre-confirmation to: _____ (creditor).

**Part 3:    Priority Claims (Including Administrative Expenses)**

All allowed priority claims will be paid in full unless the creditor agrees otherwise:

| Creditor | Type of Priority | Amount to be Paid |
|---|---|---|
| Seymour Wasserstrum, Esq. | Legal fees | $3,060.00 (+ $2,250.00 in supplemental fees upon Court approval) |
| IRS | Taxes | $2,374.60 |
| State of New Jersey | State Taxes | $0.00 |

**Part 4:    Secured Claims**

   **a. Curing Default and Maintaining Payments**
   The Debtor shall pay to the Trustee (as part of the Plan) allowed claims for arrearages on monthly obligations and the debtor shall pay directly to the creditor (outside the Plan) monthly obligations due after the bankruptcy filing as follows:

| Creditor | Collateral or Type of Debt | Arrearage | Interest Rate on Arrearage | Amount to be Paid to Creditor (In Plan) | Regular Monthly Payment (Outside Plan) |
|---|---|---|---|---|---|
|  |  |  |  |  |  |

**b. Modification**

1.) The debtor values collateral as indicated below. If the claim may be modified under Section 1322(b)(2), the secured creditor shall be paid the amount listed as the "Value of the Creditor Interest in Collateral," plus interest as stated. The portion of any allowed claim that exceeds that value shall be treated as an unsecured claim. If a secured claim is identified as having "NO VALUE" it shall be treated as an unsecured claim.

**NOTE: A modification under this Section ALSO REQUIRES
the appropriate motion to be filed under Section 7 of the Plan.**

| Creditor | Collateral | Scheduled Debt | Total Collateral Value | Superior Liens | Value of Creditor Interest in Collateral | Annual Interest Rate | Total Amount to be Paid |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

2.) Where the Debtor retains collateral and completes the Plan, payment of the full amount of the allowed secured claim shall discharge the corresponding lien.

**c. Surrender**

Upon confirmation, the stay is terminated as to surrendered collateral. The Debtor surrenders the following collateral:

| Creditor | Collateral to be Surrendered | Value of Surrendered Collateral | Remaining Unsecured Debt |
|---|---|---|---|
|  |  |  |  |

**d. Secured Claims Unaffected by the Plan**

The following secured claims are unaffected by the Plan:
M&T Bank - Mortgage on Residence - To be maintained outside of the Plan; Arrears were cured via loan modification.

**e. Secured Claims to be Paid in Full Through the Plan**:

| Creditor | Collateral | Total Amount to be Paid Through the Plan |
|---|---|---|
|  |  |  |

## Part 5:    Unsecured Claims

a. **Not separately classified** allowed non-priority unsecured claims shall be paid:

☒ Not less than $ _____0.00_____ to be distributed *pro rata*

☐ Not less than _____100_____ percent

☐ *Pro Rata* distribution from any remaining funds

b. **Separately classified unsecured** claims shall be treated as follows:

| Creditor | Basis For Separate Classification | Treatment | Amount to be Paid |
|---|---|---|---|
|  |  |  |  |

## Part 6:    Executory Contracts and Unexpired Leases

All executory contracts and unexpired leases are rejected, except the following, which are assumed:

| Creditor | Nature of Contract or Lease | Treatment by Debtor |
|---|---|---|
|  |  |  |

**Part 7:    Motions**

**NOTE:  All plans containing motions must be served on all potentially affected creditors, together with local form, *Notice of Chapter 13 Plan Transmittal*, within the time and in the manner set forth in D.N.J. LBR 3015-1. A *Certification of Service* must be filed with the Clerk of Court when the plan and transmittal notice are served.**

    **a.  Motion to Avoid Liens Under 11. U.S.C. Section 522(f).**

The Debtor moves to avoid the following liens that impair exemptions:

| Creditor | Nature of Collateral | Type of Lien | Amount of Lien | Value of Collateral | Amount of Claimed Exemption | Sum of All Other Liens Against the Property | Amount of Lien to be Avoided |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

    **b.  Motion to Avoid Liens and Reclassify Claim From Secured to Completely Unsecured.**

The Debtor moves to reclassify the following claims as unsecured and to void liens on collateral consistent with Part 4 above:

| Creditor | Collateral | Amount of Lien to be Reclassified |
|---|---|---|
|  |  |  |

    **c.  Motion to Partially Void Liens and Reclassify Underlying Claims as Partially Secured and Partially Unsecured.**

The Debtor moves to reclassify the following claims as partially secured and partially unsecured, and to void liens on collateral consistent with Part 4 above:

5

| Creditor | Collateral | Amount to be Deemed Secured | Amount to be Reclassified as Unsecured |
|---|---|---|---|
|  |  |  |  |

**Part 8:    Other Plan Provisions**

**a. Vesting of Property of the Estate**

☒    Upon confirmation

☐    Upon discharge

**b. Payment Notices**

Creditors and Lessors provided for in Parts 4, 6 or 7 may continue to mail customary notices or coupons to the Debtor notwithstanding the automatic stay.

**c. Order of Distribution**

The Trustee shall pay allowed claims in the following order:

1) Trustee commissions
2) Priority Claims
3) Secured Claims
4) Unsecured Claims

**d. Post-Petition Claims**

The Trustee ☐ is, ☒ is not authorized to pay post-petition claims filed pursuant to 11 U.S.C. Section 1305(a) in the amount filed by the post-petition claimant.

**Part 9:    Modification**

If this Plan modifies a Plan previously filed in this case, complete the information below.

Date of Plan being Modified: _____4/11/2017_____.

| Explain below **why** the plan is being modified: | Explain below **how** the plan is being modified: |
|---|---|
| To list M&T Bank as unaffected by the plan due to the loan modification that the Debtor received. | To list M&T Bank as unaffected by the plan due to the loan modification that the Debtor received. |

Are Schedules I and J being filed simultaneously with this Modified Plan?    ☐  Yes    ☐  No

**Part 10:    Sign Here**

The Debtor(s) and the attorney for the Debtor (if any) must sign this Plan.

Date: 4/11/2017                                    /s/ Seymour Wasserstrum
                                                   Attorney for the Debtor

I certify under penalty of perjury that the above is true.

Date: 4/11/2017                                    /s/ Lisa M Ortiz
                                                   Debtor

Date: _____                      _____
                                                   Joint Debtor

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 14-35174-ABA
Lisa M Ortiz                                                          Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin    Page 1 of 2              Date Rcvd: Apr 13, 2017
                       Form ID: pdf901  Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 15, 2017.
```
db            +Lisa M Ortiz,    PO Box 903,    Sicklerville, NJ 08081-0903
515228428     +Atlantic County Superior Court,    1201 Bacharach Blvd,    Atlantic City, NJ 08401-4526
515228429     +Camden County Superior Court,    101 South 5th Street,    Camden, NJ 08103-4001
515228430     +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515228432     +Diversified Adjustment,    Sprint,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
515289369     +Drs, Rosen & Dworkin PA,    350 Rt 73 S,    Marlton, NJ 08053-2004
515228434     +ER Solutions,    Sprint,    800 SW 39th Street,    Renton, WA 98057-4975
515228435     +First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
515228436     +Gloucester County Superior Court,    1 North Broad Street,    Woodbury,, NJ 08096-4602
515228437     +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
515228446     +Nco Financial Service/99,    TD Bank,    507 Prudential Rd,    Horsham, PA 19044-2308
515228448      Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                Trenton, NJ  08625-0112
515228450     +Recovery Partners,    Target National Bank,    4151 N Marshall Way Ste 12,
                Scottsdale, AZ 85251-3839
515228452    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State Of New Jersey,     Divison Of Taxes,    P.O. Box 245,
                Trenton, NJ  08695)
515228451     +South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
515228453     +Tribute/FBOD,    PO Box 105555,    Atlanta, GA 30348-5555
515228454     +Trojan Professional Services,    Drs Rosen Dworkin,    4410 Cerritos Ave,
                Los Alamitos, CA 90720-2549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg            E-mail/Text: usanj.njbankr@usdoj.gov Apr 13 2017 22:41:43      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 13 2017 22:41:39      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
lm             E-mail/Text: camanagement@mtb.com Apr 13 2017 22:41:29      M&T Bank,    PO Box 840,
                Buffalo, NY  14240
515228427     +E-mail/Text: mary.stewart@abcofcu.org Apr 13 2017 22:42:20      Abco Federal Credit Union,
                PO Box 247,    Rancocas, NJ 08073-0247
515228431    ++E-mail/Text: creditonebknotifications@resurgent.com Apr 13 2017 22:41:03      Credit One Bank,
                PO Box 98873,    Las Vegas, NV 89193-8873
515228433     +E-mail/Text: bknotice@erccollections.com Apr 13 2017 22:41:45      Enhanced Recovery Co LLC,
                Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515228438      E-mail/Text: bankruptcy@icsystem.com Apr 13 2017 22:42:13      IC Systems,   SJ Cohen D,
                444 Highway 96 East PO Box 64437,    St Paul, MN  55164-0437
515228442     +E-mail/Text: cio.bncmail@irs.gov Apr 13 2017 22:41:12      Internal Revenue Service,
                1601 Market Street,    Philadelphia, PA 19103-2309
515228443     +E-mail/PDF: resurgentbknotifications@resurgent.com Apr 13 2017 22:32:38      LVNV Funding LLC,
                Marin,    PO Box 10497,    Greenville, SC 29603-0497
515228444      E-mail/Text: camanagement@mtb.com Apr 13 2017 22:41:29      M&T Bank,    PO Box 1288,
                Buffalo, NY  14240
515228445     +E-mail/Text: bankruptcydpt@mcmcg.com Apr 13 2017 22:41:39      Midland Credit Management,
                Tribute Mastercard,    8875 Aero Drive,    San Diego, CA 92123-2255
515228447     +E-mail/PDF: bankruptcy@ncfsi.com Apr 13 2017 22:32:38      New Century Financial SE,
                Hsbc Card Services Inc,    110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
515228449      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 13 2017 22:38:15
                Portfolio Recovery Associates,    Capital One Bank,    120 Corporate BLVD STE 100,
                Norfolk, VA  23502
515299272     +E-mail/Text: JCAP_BNC_Notices@jcap.com Apr 13 2017 22:41:53      Premier Bankcard, Llc.,
                c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                              TOTAL: 14

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
515228440*   ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                PHILADELPHIA PA 19101-7346
              (address filed with court: Internal Revenue Service,     PO Box 724,    Springfield, NJ  07081)
515228439*     Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                Springfield, NJ  07081-0744
515228441*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515282215*   ++M&T BANK,   LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
              (address filed with court: M&T BANK,     PO BOX 1288,    Buffalo, NY 14240)
515368869*   ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
              (address filed with court: State of New Jersey,     Division of Taxation,    Bankruptcy Section,
                PO Box 245,    Trenton, NJ 08695-0245)
                                                                                        TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin                Page 2 of 2               Date Rcvd: Apr 13, 2017
                              Form ID: pdf901            Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

---

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 15, 2017                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 11, 2017 at the address(es) listed below:
```
          Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Isabel C. Balboa     ecfmail@standingtrustee.com,  summarymail@standingtrustee.com
          Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Seymour   Wasserstrum     on behalf of Loss Mitigation    M&T Bank mylawyer7@aol.com,
           ecf@seymourlaw.net
          Seymour   Wasserstrum     on behalf of Debtor Lisa M Ortiz mylawyer7@aol.com,  ecf@seymourlaw.net
                                                                                             TOTAL: 7
```