Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 14−35174−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Lisa M Ortiz
   PO Box 903
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−0862

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

   NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Andrew B. Altenburg Jr. on:

Date:       8/24/17
Time:       02:00 PM
Location:   Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

   The following applications for compensation have been filed:

APPLICANT(S)
Seymour Wasserstrum, Debtor's attorney

COMMISSION OR FEES
Fee: $2200.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

   In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: July 6, 2017
JAN: lgr

                                                            Jeanne Naughton
                                                            Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Lisa M Ortiz  
    Debtor

Case No. 14-35174-ABA  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-1        User: admin        Page 1 of 2        Date Rcvd: Jul 06, 2017  
                      Form ID: 137        Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 08, 2017.

```
db             +Lisa M Ortiz,    PO Box 903,    Sicklerville, NJ 08081-0903
515228428      +Atlantic County Superior Court,    1201 Bacharach Blvd,    Atlantic City, NJ 08401-4526
515228429      +Camden County Superior Court,    101 South 5th Street,    Camden, NJ 08103-4001
515228430      +Capital One,    PO Box 30281,    Salt Lake City, UT 84130-0281
515228432      +Diversified Adjustment,    Sprint,    600 Coon Rapids Blvd NW,    Coon Rapids, MN 55433-5549
515289369      +Drs, Rosen & Dworkin PA,    350 Rt 73 S,    Marlton, NJ 08053-2004
515228434      +ER Solutions,    Sprint,    800 SW 39th Street,    Renton, WA 98057-4975
515228435      +First Premier,    601 S Minnesota Ave,    Sioux Falls, SD 57104-4824
515228436      +Gloucester County Superior Court,    1 North Broad Street,    Woodbury,, NJ 08096-4602
515228437      +Hsbc Bank,    PO Box 5253,    Carol Stream, IL 60197-5253
515228438       IC Systems,    SJ Cohen D,    444 Highway 96 East PO Box 64437,    St Paul, MN  55164-0437
515228448       Office Of Attorney General,    Richard J Hughes Justice Complex,    25 Market St, P.O. Box 112,
                 Trenton, NJ 08625-0112
515228450      +Recovery Partners,    Target National Bank,    4151 N Marshall Way Ste 12,
                 Scottsdale, AZ 85251-3839
515228452     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State Of New Jersey,    Divison Of Taxes,    P.O. Box 245,
                 Trenton, NJ  08695)
515228451      +South Jersey Gas,    PO Box 577,    Hammonton, NJ 08037-0577
515228453      +Tribute/FBOD,    PO Box 105555,    Atlanta, GA 30348-5555
515228454      +Trojan Professional Services,    Drs Rosen Dworkin,    4410 Cerritos Ave,
                 Los Alamitos, CA 90720-2549
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jul 06 2017 22:58:12      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 06 2017 22:58:09      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
lm              E-mail/Text: camanagement@mtb.com Jul 06 2017 22:57:58      M&T Bank,    PO Box 840,
                 Buffalo, NY  14240
515228427      +E-mail/Text: mary.stewart@abcofcu.org Jul 06 2017 22:58:57      Abco Federal Credit Union,
                 PO Box 247,    Rancocas, NJ 08073-0247
515228431     ++E-mail/PDF: creditonebknotifications@resurgent.com Jul 06 2017 22:54:51      Credit One Bank,
                 PO Box 98873,    Las Vegas, NV 89193-8873
515228433     +E-mail/Text: bknotice@erccollections.com Jul 06 2017 22:58:16      Enhanced Recovery Co LLC,
                 Sprint,    8014 Bayberry Rd,    Jacksonville, FL 32256-7412
515228442     +E-mail/Text: cio.bncmail@irs.gov Jul 06 2017 22:57:37      Internal Revenue Service,
                 1601 Market Street,    Philadelphia, PA 19103-2309
515228443     +E-mail/PDF: resurgentbknotifications@resurgent.com Jul 06 2017 22:55:27      LVNV Funding LLC,
                 Marin,    PO Box 10497,    Greenville, SC 29603-0497
515228444      E-mail/Text: camanagement@mtb.com Jul 06 2017 22:57:58      M&T Bank,    PO Box 1288,
                 Buffalo, NY  14240
515228445     +E-mail/Text: bankruptcydpt@mcmcg.com Jul 06 2017 22:58:09      Midland Credit Management,
                 Tribute Mastercard,    8875 Aero Drive,    San Diego, CA 92123-2255
515228446     +E-mail/Text: egssupportservices@egscorp.com Jul 06 2017 22:58:20      Nco Financial Service/99,
                 TD Bank,    507 Prudential Rd,    Horsham, PA 19044-2308
515228447     +E-mail/PDF: bankruptcy@ncfsi.com Jul 06 2017 22:55:10      New Century Financial SE,
                 Hsbc Card Services Inc,    110 S Jefferson Rd # 104,    Whippany, NJ 07981-1038
515228449      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jul 06 2017 23:14:28
                 Portfolio Recovery Associates,    Capital One Bank,    120 Corporate BLVD STE 100,
                 Norfolk, VA  23502
515299272     +E-mail/Text: JCAP_BNC_Notices@jcap.com Jul 06 2017 22:58:24      Premier Bankcard, Llc.,
                 c o Jefferson Capital Systems LLC,    Po Box 7999,    Saint Cloud Mn 56302-7999
                                                                                               TOTAL: 14
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****

```
515228440*    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
               (address filed with court: Internal Revenue Service,    PO Box 724,    Springfield, NJ  07081)
515228439*     Internal Revenue Service,    Special Procedure Branch,    PO Box 744,
                 Springfield, NJ  07081-0744
515228441*    +Internal Revenue Service,    PO Box 7346,    Philadelphia, PA 19101-7346
515282215*    ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    1100 WHERLE DRIVE,    WILLIAMSVILLE NY 14221-7748
               (address filed with court: M&T BANK,    PO BOX 1288,    Buffalo, NY 14240)
515368869*    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,    Division of Taxation,    Bankruptcy Section,
                 PO Box 245,    Trenton, NJ 08695-0245)
                                                                                              TOTALS: 0, * 5, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0312-1          User: admin               Page 2 of 2              Date Rcvd: Jul 06, 2017
                              Form ID: 137              Total Noticed: 31
```

***** BYPASSED RECIPIENTS (continued) *****

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 08, 2017                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 6, 2017 at the address(es) listed below:

      Denise E. Carlon    on behalf of Creditor    Lakeview Loan Servicing, LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Isabel C. Balboa (NA)    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com

      Joshua I. Goldman    on behalf of Creditor    Lakeview Loan Servicing, LLC jgoldman@kmllawgroup.com, bkgroup@kmllawgroup.com

      Seymour Wasserstrum    on behalf of Loss Mitigation    M&T Bank mylawyer7@aol.com, ecf@seymourlaw.net

      Seymour Wasserstrum    on behalf of Debtor Lisa M Ortiz mylawyer7@aol.com,  ecf@seymourlaw.net

                                                                   TOTAL: 7