UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Law Offices of Seymour Wasserstrum
205 W. Landis Avenue
Vineland, New Jersey 08360
Phone: (856) 696-8300
Fax: (856) 696-6962
Attorney for Debtor(s)

Order Filed on August 24, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

   Lisa M Ortiz

Case No.:     14-35174

Chapter:      13

Hearing Date: 7/27/17 @ 2:00PM

Judge:        ABA

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following pages is hereby **ORDERED**.

**DATED: August 24, 2017**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

(Page 2)
Debtor(s): Lisa M Ortiz
Case No.: 14-35174/ABA
Caption of Order: Order Granting Supplemental Chapter 13 Fees

---

The applicant having certified that legal work supplemental to basic Chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that Seymour Wasserstrum, Esq., the applicant, is allowed a fee of $2200.00 for services rendered and expenses in the amount of $0.00 for a total of $2200.00. The allowance shall be payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan payments do not change for payment of the aforesaid fee.

Case 14-35174-ABA Doc 85-2 Filed 08/24/15 Entered 08/24/15 15:14:26 Desc Main
Proposed Order Page 2 of 2